UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| EDWIN EDWARDS, ET AL. | NO.: 98-00165-RET |

ORDER

Before the Court is a **Motion Requesting Early Termination of Supervised Release (Doc. 2137)**, filed by Defendant Edwin Edwards ("Edwards"), seeking an order from this Court reducing his term of supervised release to time served, and discharging him from the Court's supervision. The United States of America ("United States") does not oppose the motion. (Doc. 2140.)

I. Background

In 2000, Edwards was found guilty of multiple counts of racketeering, extortion and conspiracy, and sentenced to ten (10) years of incarceration, followed by three (3) years of supervised release. (Docs. 1347, 1729.) He was also fined $250,000.00 and ordered to forfeit $1.8 million. (Doc. 1729.) On July 6, 2011, Edwards was released from the custody of the Federal Bureau of Prisons, and began serving his term of supervised release. Edwards now seeks early termination of his supervised release pursuant to Title 18 U.S.C. § 3583(e)(1).

## II. Standard of Review

Under 18 U.S.C. § 3583(e)(1), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice" after considering the factors set forth in 18 U.S.C. § 3583(a). Among the factors a court must weigh are the nature of the offense, the history and characteristics of the defendant, the need for the sentence to deter criminal activity, the need to protect the public, the need to provide the defendant with educational or vocational training, and the kinds of sentences and sentencing ranges available. *See* 18 U.S.C. § 3553(a). Section 3583(e)(1) provides courts with broad discretion in determining whether to terminate supervised release. *See United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998).

## III. Analysis

In support of his motion, Edwards contends that he has been a law abiding citizen since his arrest in 1997, has served his prison term, paid his fine and forfeiture, and strictly followed the conditions of his supervised release and home detention. Edwards also contends that he has completed eighteen (18) months of the three (3) year term of supervised release. Edwards further contends that he has satisfied the nine (9) factors set out by the United States Judicial Conference when considering whether to grant a request for termination of supervised release.[1]

---

[1] *See* http://www.uscourts.gov/News/TheThirdBranch/04-03-01/Good_Behavior_Rewarded.aspx.

The United States does not oppose the motion and states that it is "unaware of any specific factors which mitigate against early termination of defendant's term of supervised release and believes doing so is in the best interest of justice." (Doc. 2140-2.)

The Court has been informed by the United States Probation Service that Edwards has complied fully with all of the terms of his supervision, and that it has no objection to the early termination of his term of supervised release.

The Court finds that the factors listed in 18 U.S.C. § 3553(a), as well as the nine (9) factors set out by the United States Judicial Conference, weigh in favor of early termination of Edwards' term of supervised release. Accordingly, the Court hereby terminates Edwards' supervised release and discharges him from further supervision by the Court, pursuant to 18 U.S.C. § 3553(e)(1).

IV. Conclusion

Accordingly,

**IT IS ORDERED** that Defendant Edwin Edwards' **Motion Requesting Early Termination of Supervised Release (Doc. 2137) is GRANTED.**

Baton Rouge, Louisiana, this 6th day of February 2013.

*[signature]*

**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**